1

2

3

4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5

6   NW ADMINISTRATORS, INC.,

7                     Plaintiff,

8          vs.

9   TODD NILSSON TRUCKING, INC.,

10                    Defendant.

11

C05-1571 JCC

**MINUTE ORDER**

**REASSIGNING CASE**

12

13

14          Pursuant to the Amended General Order entered by the Chief Judge on

15   November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United

16   States District Judge.

17          All future documents filed in this case must bear the cause number C05-1571 JCC and

18   bear the Judge's name in the upper right hand corner of the document.

19

20

21

22

23          Dated this 7th day of November, 2005

24

25          BRUCE RIFKIN
            Clerk of Court

26

27          by: /s/   PETER H. VOELKER
                     Peter H. Voelker, Deputy Clerk

28